UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 06, 2017

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN BREWER,

Defendant.

Case No.  2:16-cr-00239-MCE

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  _JOHN BREWER_ ,

Case No.  _2:16-cr-00239-MCE_  Charge _15 U.S.C. § 1_ , from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $ _____ 25,000.00 _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on January 06, 2017 at _2:20 pm_ .

By:  _____

Magistrate Judge Kendall J. Newman