SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendant
JOHN BREWER


PHILIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  916-554-2700
Facsimile:   916-554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BREWER,<br>BRENT VINCH, and<br>LORAINE DIXON<br><br>　　　　　Defendants. | Case No. 2:16-CR-0239 MCE<br><br>**STIPULATION AND** [~~PROPOSED~~] **ORDER MODIFYING DEFENDANT JOHN BREWER'S SPECIAL CONDITIONS OF RELEASE** |

1          This stipulation is entered into by and between plaintiff the United States of America ("Plaintiff"), on the one hand, and defendant John Brewer ("Brewer"), on the other hand, by and through their respective attorneys of record, with respect to the following:

### RECITALS

WHEREAS, an Arraignment and Initial Appearance as to Brewer was held before Magistrate Judge Kendall J. Newman on January 6, 2017;

WHEREAS, Brewer was released from custody on January 6, 2017 pursuant to certain Conditions of Release (ECF Dkt #11) and Special Conditions of Release (ECF Dkt #16);

WHEREAS, Brewer's Special Condition of Release No. 12 specifies:  "You must not associate or have any contact with the codefendants named in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.";

WHEREAS, Brewer and codefendant Brent Vinch ("Vinch") are currently employed by and officers of Pro Network Tools, Inc. d/b/a Expert Network Consultants ("ENC");

WHEREAS, it is necessary for Brewer and Vinch to regularly communicate orally and in writing for the purpose of running the business of ENC and maintaining their employment;

WHEREAS, all parties and the United States Pretrial Services officers overseeing Brewer's release agree that it is appropriate to modify Brewer's Special Conditions of Release No. 12 to allow such business-related communications between Brewer and Vinch during the period of their pretrial release;

NOW, THEREFORE, the parties hereby stipulate that Brewer's Special Condition of Release No. 12 should be modified to read as follows:

> You must not associate or have any contact with codefendant Loraine Dixon unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.  You also must not communicate with codefendant Brent Vinch regarding any aspect of this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.  However, you are permitted to communicate with Mr. Vinch orally or in writing

1 | for the purpose of running the ongoing business operations of Expert Network Consultants.

Dated: January 11, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/ Michael W. Scarborough*
       MICHAEL W. SCARBOROUGH

Attorneys for Defendant
JOHN BREWER

Dated: January 11, 2017

By:    */s/ Matthew M. Yelovich* (as authorized 1.11.17)
       MATTHEW M. YELOVICH

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**O R D E R**

Based upon the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

Brewer's Special Condition of Release No. 12 (ECF Dkt #16, filed January 9, 2017) is modified to read as follows:

> You must not associate or have any contact with codefendant Loraine Dixon unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. You also must not communicate with codefendant Brent Vinch regarding any aspect of this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. However, you are permitted to communicate with Mr. Vinch orally or in writing for the purpose of running the ongoing business operations of Expert Network Consultants.

**IT IS SO ORDERED.**

Dated: January 13, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE