PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOHN BREWER,<br>BRENT VINCH, and<br>LORAINE DIXON<br><br>                              Defendants. | CASE NO.  2:16-CR-0239 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 6, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on February 16, 2017.

2.      By this stipulation, defendants now move to continue the status conference until April 6, 2017, and to exclude time between February 16, 2017, and April 6, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes business records and documents, including emails, audio recording of interviews, and government records.  To date, the government has produced discovery on hard drives to the defense wherein the digital evidence is comprised of over 100,000 separate images.  The government is continuing to produce discovery, to the defense.

        b)      Counsel for defendants desire additional time review the discovery produced by

the government, conduct additional investigation, and discuss the case with their respective clients.

       c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 16, 2017 to April 6, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 13, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ JARED C. DOLAN
                                             JARED C. DOLAN
                                             Assistant United States Attorney

Dated:  February 13, 2017                    /s/ MICHAEL
                                             SCARBOROUGH
                                             MICHAEL SCARBOROUGH
                                             Counsel for Defendant
                                             JOHN BREWER

Dated:  February 13, 2017                    /s/ NANCI CLARENCE
                                             NANCI CLARENCE
                                             Counsel for Defendant
                                             BRENT VINCH

Dated:  February 13, 2017                    /s/ DONALD HELLER
                                             DONALD HELLER
                                             Counsel for Defendant
                                             LORAINE DIXON

**ORDER**

IT IS SO ORDERED.

Dated:  February 16, 2017

                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE