PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                  v.<br><br>JOHN BREWER, et al.,<br><br>                          Defendants. | CASE NO.  2:16-CR-0239 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 6, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.     By previous order, this matter was set for status on April 6, 2017.

2.     By this stipulation, defendants now move to continue the status conference until July 13, 2017, and to exclude time between April 6, 2017, and July 13, 2017, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes voluminous business records, email communications, related documents, audio recordings of interviews, and reports.  To date, the government has produced discovery on hard drives to the defense comprising well over 100,000 Bates-numbered pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The United States continues to produce discovery in this matter.

b)     Counsel for defendants desire additional time consult with their clients, review the

voluminous discovery, conduct additional legal and factual research, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 6, 2017 to July 13, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION RE: SPEEDY TRIAL ACT; ORDER

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  April 3, 2017                          PHILLIP A. TALBERT
                                                    United States Attorney
7

8                                                  /s/ MATTHEW M. YELOVICH
                                                   JARED C. DOLAN
9                                                  MATTHEW M. YELOVICH
                                                   Assistant United States Attorneys
10

11  Dated:  April 3, 2017                          /s/ MICHAEL W. SCARBOROUGH

12                                                 MICHAEL W. SCARBOROUGH
                                                   Counsel for Defendant
13                                                 JOHN BREWER

14
    Dated:  April 3, 2017                          /s/ NANCI L. CLARENCE
15                                                 NANCI L. CLARENCE
                                                   JONATHAN MATTHEW BAUM
16                                                 Counsel for Defendant
                                                   BRENT VINCH
17

18  Dated:  April 3, 2017                          /s/ DONALD H. HELLER
19                                                 DON HELLER
                                                   Counsel for Defendant
20                                                 LORAINE DIXON

21

22                                                 **ORDER**

23       IT IS SO ORDERED.

24  Dated:  April 6, 2017

25

26                                                 MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE
27

28