SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant
JOHN BREWER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,                    | Case No. 2:16-CR-0239 MCE |
|---|---|
| Plaintiff,                                    | |
| v.                                            | **DEFENDANT JOHN BREWER'S WAIVER OF APPEARANCE** |
| JOHN BREWER, BRENT VINCH, and LORAINE DIXON   | |
| Defendants.                                   | |

Pursuant to Fed.R.Crim.P. 43, defendant, John Brewer, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when other action is taken by the Court before or after trial, except upon arraignment, entry of plea, and every stage of trial including verdict, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Dated: June 29, 2017

By: */s/ John Brewer*
JOHN BREWER
(Original retained by attorney)

I concur in John Brewer's decision to waive his presence at future proceedings.

Dated: June 29, 2017      Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Michael W. Scarborough*
MICHAEL W. SCARBOROUGH

Attorneys for Defendant
JOHN BREWER

IT IS SO ORDERED.

Dated: July 11, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE