PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0239 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOHN BREWER,<br>BRENT VINCH, and<br>LORAINE DIXON | DATE: October 19, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

## STIPULATION

1.      By previous order, this matter was set for status on October 19, 2017.

2.      By this stipulation, defendants now move to continue the status conference until December 14, 2017, and to exclude time between October 19, 2017, and December 14, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes business records and documents, including emails, audio recording of interviews, and government records.  To date, the government has produced discovery on hard drives to the defense wherein the digital evidence is comprised of over 100,000 separate images.

        b)      Counsel for defendants desire additional time review the discovery produced by

1  the government, conduct additional investigation, and discuss the case with their respective

2  clients.  Additionally, Loraine Dixon's lawyer was recently appointed by the Court in June, and

3  requires more time to review the voluminous discovery and conduct additional investigation.

4       c)    Counsel for defendants believe that failure to grant the above-requested

5  continuance would deny counsel the reasonable time necessary for effective preparation, taking

6  into account the exercise of due diligence.

7       d)    The government does not object to the continuance.

8       e)    Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of October 19, 2017 to December 14,

13  2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14  T4] because it results from a continuance granted by the Court at defendants' request on the basis

15  of the Court's finding that the ends of justice served by taking such action outweigh the best

16  interest of the public and the defendant in a speedy trial.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 16, 2017                          PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ JARED C. DOLAN
                                                 JARED C. DOLAN
                                                 Assistant United States Attorney

Dated: February 16, 2017                         /s/ MICHAEL SCARBOROUGH
                                                 MICHAEL SCARBOROUGH
                                                 Counsel for Defendant
                                                 JOHN BREWER

Dated: October 16, 2017                          /s/ NANCI CLARENCE
                                                 NANCI CLARENCE
                                                 Counsel for Defendant
                                                 BRENT VINCH

Dated: October 16, 2017                          /s/ JEROME PRICE
                                                 JEROME PRICE
                                                 Counsel for Defendant
                                                 LORAINE DIXON

**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE