PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN BREWER, and<br>LORAINE DIXON<br><br>            Defendants. | CASE NO. 2:16-CR-0239 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 14, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on December 14, 2017.

2.      By this stipulation, defendants now move to continue the status conference until January 18, 2018, and to exclude time between December 14, 2017, and January 18, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes business records and documents, including emails, audio recording of interviews, and government records.  To date, the government has produced discovery on hard drives to the defense wherein the digital evidence is comprised of over 100,000 separate images.

      b)      Counsel for defendants desire additional time review the discovery produced by the government, conduct additional investigation, and discuss the case with their respective

clients.

       c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017 to January 18, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  December 12, 2017          PHILLIP A. TALBERT
                                        United States Attorney

7

8                                      /s/ JARED C. DOLAN
                                       JARED C. DOLAN
9                                      Assistant United States Attorney

10

11   Dated:  December 12, 2017          /s/ MICHAEL
                                        SCARBOROUGH
12                                      MICHAEL SCARBOROUGH
                                        Counsel for Defendant
13                                      JOHN BREWER

14

15   Dated:  December 12, 2017          /s/ JEROME PRICE
16                                      JEROME PRICE
                                        Counsel for Defendant
17                                      LORAINE DIXON

18

19                                      **ORDER**

20        IT IS SO ORDERED.

21   Dated:  January 3, 2018

22

23

24                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

25

26

27

28