SHEPPARD MULLIN RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant
JOHN BREWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BREWER,<br>BRENT VINCH, and<br>LORAINE DIXON<br><br>　　　　　Defendants. | Case No. 2:16-CR-0239 MCE<br><br>**ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION FOR LIMITED DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT TO CALIFORNIA ATTORNEY GENERAL**<br><br>[Local Rule 460(b)] |

# ORDER

The Court, having considered the papers filed in support of Defendant John Brewer's ("Defendant") unopposed *Ex Parte* Application for Limited Disclosure of Presentence Investigation Report to the California Attorney General (the "Application"), HEREBY ORDERS that the Application is GRANTED as follows:

1. Defendant is authorized to disclose the relevant portions of the Presentence Investigation Report, as identified in the Application, to counsel for the California Attorney General for use in settlement discussions with Defendant in connection with a parallel civil enforcement action.

2. No other disclosure of the Presentence Investigation Report is authorized, and the parties and counsel for the California Attorney General shall otherwise preserve the strict confidentiality of the information in the Presentence Investigation Report in accordance with Local Rule 460(a).

IT IS SO ORDERED.

Dated: March 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE